United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOQING XIAO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RANDALL FORSHEY, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-02538-MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND; VACATING HEARING** |

　　　　Before the Court is plaintiff Xiaoqing Xiao's Motion to Remand, filed April 30, 2021. Defendants Randall Forshey and Sharon Forshey have not filed opposition.[1]  Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for June 11, 2021, and rules as follows.

　　　　In the above-titled action, plaintiff asserts a single claim, titled "Unlawful Detainer." On April 7, 2021, defendants filed a Notice of Removal, asserting the action is one "arising under federal law."  (See Notice of Removal ¶ 3.)  By the instant motion, plaintiff seeks an order remanding the action.

　　　　In their Notice of Removal, defendants, citing to "the 'Protecting Tenants at Foreclosure Act of 2009' ["PTFA"], 12 U.S.C. § 5201," argue a federal question exists. (See id. ¶ 7.)  "As numerous other district courts in this Circuit have concluded," however, the PFTA "does not provide a basis for federal jurisdiction."  See Bay Home Preservation

---

[1] Pursuant to the Civil Local Rules of this District, any opposition was due "not more than 14 days after the motion was filed."  See Civil L. R. 7-3(a).

Service v. Nguyen, 2015 WL 1262144, at *2 (N.D. Cal. March 17, 2015) (collecting cases). In particular, although "the PTFA may provide a defense" to a state unlawful detainer action, see id., a "federal defense to a state-law claim does not confer jurisdiction on a federal court," see Valles v. Ivy Hill Corp., 410 F.3d 1071, 1075 (9th Cir. 2005). Consequently, the Court lacks subject matter jurisdiction over plaintiff's unlawful detainer action.

Accordingly, plaintiff's motion to remand is hereby GRANTED, and the instant action is hereby REMANDED to the Superior Court of the State of California, in and for the County of Alameda.

**IT IS SO ORDERED.**

Dated: June 8, 2021

MAXINE M. CHESNEY
United States District Judge